No. 3,750.—STATE, APPELLANT, *v.* HATTIE BULEN, RE-SPONDENT.

*Appeal from District Court,. Ninth Judicial District; Ben B. Law, Judge.*

Decided November 23, 1917.

PER CURIAM.—Pursuant to appellant's *praecipe,* the appeal in the above-entitled cause is hereby dismissed.

*J. B. Poindexter,* Attorney General, and *Mr. C. S. Wagner,* Assistant Attorney General, for Appellant.

*Mr. W. D. Rankin,* for Respondent.

---

No. 3,842.—FREDA E. AUSTIN, RESPONDENT, *v.* HELENA CAB CO., APPELLANT.

*Appeal from District Court, Lewis and Clark County; J. Miller Smith, Judge.*

Decided December 4, 1917.

PER CURIAM.—Pursuant to stipulation of the parties herein, the appeal in the above-entitled cause is this day dismissed.

*Mr. William Wallace, Jr., Mr. John G. Brown,* and *Mr. T. B. Weir,* for Appellant.

*Mr. E. D. Phelan,* for Respondent.